IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02953-RPM

FELIX GALLEGOS,

     Plaintiff,

v.

ALAMOSA COUNTY BOARD OF COMMISSIONERS,
DARIUS ALLEN,
FRANK MESTAS,
GEORGE WILKINSON,
HERRY ANDREWS, and
KENNETH VANIWARDEN,

     Defendants.

_____

## ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case should now be set for a pretrial conference,

it is

ORDERED that a pretrial conference is scheduled for **January 11, 2012, at 3:00 p.m.** in

the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout

Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and

Submission of Final Pretrial Order which may be found at

**www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall

be delivered in paper form directly to chambers by **4:00 p.m.**

on **January 4, 2012.**  The conference is conducted with lead counsel present in person.  No parties

or representatives of parties will be permitted to attend.

Dated:   November 21st, 2011

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge