IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-02953-RPM-MEH

FELIX GALLEGOS

        Plaintiff,

v.

ALAMOSA COUNTY BOARD OF COMMISSIONERS,
DARIUS ALLEN, Chairman of the Board,
FRANK MESTAS, Commissioner,
GEORGE WILKINSON, Commissioner,
HERRY ANDREWS, County Administrator, and
KENNETH VANIWARDEN, Building Inspector

        Defendants.

---

**ORDER RE: JOINT MOTION FOR AMENDMENT OF SCHEDULING ORDER**

---

The Court, having reviewed the above titled motion and all pertinent responses and replies, if any,

HEREBY ORDERS THAT the Dispositive Motion Deadline shall be July 31, 2012 and that the deadlines for the proposed Final Pretrial Order and Pretrial Conference will be rescheduled to a date after the Dispositive Motion Deadline.

Dated this 25th day of April, 2012.

BY THE COURT:

_____

1