IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02953-RPM

FELIX GALLEGOS,

 Plaintiff,

v.

ALAMOSA COUNTY BOARD OF COMMISSIONERS,

 Defendant.
_____

ORDER SETTING TRIAL PREPARATION CONFERENCE AND TRIAL DATE
_____

 Pursuant to the pretrial conference held today, it is

 ORDERED that this matter is set for trial to jury on **October 21, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

 FURTHER ORDERED that a trial preparation conference is scheduled for **October 4, 2013, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

 DATED: June 4, 2013

         BY THE COURT:

         s/Richard P. Matsch
         _____
         Richard P. Matsch, Senior District Judge