IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02953-RPM

FELIX GALLEGOS,

    Plaintiff,

v.

ALAMOSA COUNTY BOARD OF COMMISSIONERS,

    Defendant.

_____

ORDER RESETTING TRIAL DATE
_____

    Pursuant to the conference today, it is

    ORDERED that this matter is reset for trial to jury on **January 13, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. Defendant's evidence proffer and the parties' proposed voir dire and substantive jury instructions must be submitted directly to chambers in paper form by **December 20, 2013, at 4:00 p.m.**

    DATED: October 4, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge