IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 09-cv-02953-RPM

FELIX GALLEGOS,

    Plaintiff,

v.

ALAMOSA COUNTY BOARD OF COMMISSIONERS,

    Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on January 13, 2014, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 17 day of January, 2014

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____       _____
ATTORNEY FOR PLAINTIFF                      ATTORNEY FOR DEFENDANT