**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02953-RPM

FELIX GALLEGOS,

    Plaintiff,

v.

ALAMOSA COUNTY BOARD OF COMMISSIONERS,
DARIUS ALLEN, Chairman of the Board,
FRANK MESTAS, Commissioner,
GEORGE WILKINSON, Commissioner,
HERRY ANDREWS, County Administrator, and,
KENNETH VANIWARDEN, Building Inspector,

    Defendants.
_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Stipulation for Dismissal with Prejudice, filed June 29, 2012 [35], incorporated herein by reference, defendant Frank Mestas is dismissed with prejudice.

Pursuant to and in accordance with the Order on Summary Judgment, entered by Senior District Judge Richard P. Matsch on March 22, 2013, incorporated herein by reference, it is

ORDERED that defendant's Motion for Summary Judgment [37] is denied as to the First Claim for Relief under Title VII as to the Alamosa Board of County Commissioners and granted as to the individual defendants, and the Second Claim for Relief is dismissed under Fed.R.Civ.P. 12(b)(1) for lack of jurisdiction, and the Third Claim for Relief is dismissed as time-barred.

Plaintiff's remaining claims for relief were tried from January 13, 2014, through January 17, 2014, before an empaneled jury of twelve, Senior District Judge Richard P. Matsch presiding. The trial proceeded to conclusion and the jury found that the defendant Alamosa County Board of Commissioners did not violate Title VII either by discrimination by race or by retaliation by adverse employment action against the plaintiff

Felix Gallegos.

Pursuant to the Jury's January 17, 2014 Verdict Form, it is

FURTHER ORDERED that judgment is entered in favor of defendant Alamosa County Board of Commissioners, and against plaintiff Felix Gallegos. It is

FURTHER ORDERED that defendant Alamosa County Board of Commissioners shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment. It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED at Denver, Colorado, this 17th day of January, 2014.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:   s/J. Chris Smith
_____
Deputy Clerk